**DISMISS; and Opinion Filed February 22, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-12-00875-CV**

## IRANA HAGHNAZARI, Appellant

V.

## TIDEWATER FINANCE COMPANY D/B/A TIDEWATER CREDIT K/A ROOMS TO GO, INC., Appellee

On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-00232-2012

### OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Lewis
Opinion by Justice Lang-Miers

On November 30, 2012, we instructed appellant to provide proof of either payment of the clerk's record or arrangements to pay for the record within ten days. We notified appellant that if he did not do so, this case would be dismissed. Appellant has not complied with the order or otherwise communicated with this Court regarding the appeal. We therefore **DISMISS** this appeal. The clerk's February 1, 2013 request for an extension of time to file the record is **DENIED** as moot.

/s/ ELIZABETH LANG-MIERS
   JUSTICE

120875F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IRANA HAGHNAZARI, Appellant

No. 05-12-00875-CV      V.

TIDEWATER FINANCE COMPANY
D/B/A TIDEWATER CREDIT
K/A/ROOMS TO GO, INC, Appellee

On Appeal from the County Court at Law
No. 4, Collin County, Texas
Trial Court Cause No. 004-00232-2012.
Opinion delivered by Justice Lang-Miers.
Chief Justice Wright and Justice Lewis
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. Appellee is ordered to recover its costs of this appeal from appellant.

Judgment entered this 22nd day of February, 2013.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE